IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KELVIN RAMIREZ                                                                                    PLAINTIFF

v.                                     Case No. 4:22-cv-4096

ROBERT GENTRY, *et al*.                                                                   DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to comply with orders of the Court, for failure to adhere to the Local Rules, and for failing to prosecute this matter.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 4) *in toto*. Accordingly, Plaintiff Kelvin Ramirez's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Mail sent to Plaintiff was returned as undeliverable on November 15, 2022, with no forwarding address available. ECF No. 5. Plaintiff failed to provide the Court with any new address by the December 15, 2022 deadlines.